```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

UNITED STATES OF AMERICA,         )
                                  )
    Plaintiff,                    )
                                  )
v.                                )     No. 09-20060-JPM-dkv
                                  )
RONALD BUCKHANON                  )
                                  )
    Defendant.                    )

_____

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE
_____


    This cause is before the Court on Defendant's Motion to Suppress Evidence (DE #35) filed on January 8, 2010. The Magistrate Judge, in her Report and Recommendation, recommends that the Defendant's Motion to Suppress Evidence be denied.

    The time period for objections to the Report and Recommendation (DE #51) having expired, and no objections having been filed, it is therefore ORDERED, ADJUDGED, AND DECREED that the Report and Recommendation of the Magistrate Judge is ADOPTED and that the Defendant's Motion to Suppress Evidence is DENIED.

    Entered this 14th day of July, 2010.


                                                        S/Jon Phipps McCalla
                                              UNITED STATES DISTRICT JUDGE